# IN THE STATE COURT OF RICHMOND COUNTY
## STATE OF GEORGIA

STATE OF GEORGIA

VS.

Kathey Sheppard
Defendant

Case No. 20RCMC 3233

Offense(s): Obstruction of LEO

## MOTION TO NOLLE PROSEQUI

COMES NOW the State, by and through Omeeka P. Loggins, Solicitor-General, and moves for the entry of a Nolle Prosequi in the above-styled case for the following reason(s):

( ) Insufficient evidence
(✓) Interest of justice
(✓) The facts in the incident report does not match the warrant. These inconsistencies cannot be overcome. Therefore, the State moves for dismissal.

This 3rd day of Aug, 2020.

Le'Joi N. Williamson
Chief Assistant Solicitor General

## ORDER

UPON the Motion of the Solicitor-General, and for good cause shown, it is ordered that a Nolle Prosequi be entered on the record in this case.

SO ORDERED this 7 day of August 2020.

Honorable Richard A. Slaby
Judge, Richmond County State Court

☒ **Access to criminal history record information SHALL be restricted pursuant to O.C.G.A. § 35-3-37.**

☐ **Access to criminal history record information SHALL NOT be restricted pursuant to O.C.G.A. § 35-3-37.**