IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| KATHEY SHEPPARD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RICHARD RUSSELL, in his official and individual capacity;<br><br>　　　　Defendants. | CIVIL ACTION NO.: 1:22-cv-00058 |

_____

**JOINT STATUS REPORT**
_____

1. Do the parties agree mediation should be attempted prior to summary judgment motions, and all deadlines stayed for this purpose?

    ☒　YES　　　　☐　NO

2. If the parties answered yes to question 1, do the parties prefer (a) a private mediator; or (b) a magistrate or bankruptcy judge?

    ☐　Private Mediator　　　☒　Magistrate or Bankruptcy Judge

3. If the parties prefer a private mediator, specify a date-certain deadline for mediation to be completed and the stay lifted.  From that date, summary judgment motions will be due in thirty days.

    July 31, 2023

4. If the parties prefer a magistrate or bankruptcy judge as mediator, list two dates within the next six weeks when all parties and their authorized representatives are available for mediation.

    July 17, 2023
    July 19, 2023
    July 21, 2023
    July 24, 2023

Respectfully submitted this 9th day of June, 2023.

/s/ Tanya D. Jeffords
Tanya D. Jeffords, Esq.
Law Office of Tanya D. Jeffords
and Associates, PC
(FID) 9538
437 Walker Street
Augusta, GA 30901
**Attorney for Plaintiff**


/s/ Randolph Frails
Randolph Frails, Esq.
Tameka Haynes, Esq.
Frails & Wilson LLC
211 Pleasant Home Rd. Suite A-1
Augusta, Georgia 30907
**Attorneys for Defendant**