IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| KATHEY SHEPPARD, | |
|     Plaintiff, | |
| v. | |
| RICHARD RUSSELL, in his official and individual capacity; | CIVIL ACTION NO.: 1:22-cv-00058 |
| John Does, in their individual and official capacities. | |
|     Defendants. | |

**AMENDED APPLICATION FOR LEAVE OF ABSENCE**

COMES NOW, Tanya D. Jeffords, counsel of record in the above-captioned case, and files her 2023 Amended Application for Leave of Absence pursuant to Southern District Local Rule 83.9. The undersigned seeks Leave of Absence for the following dates and purposes:

**July 6, 2023 – July 14, 2023 – Soccer Tournament for Son**
**August 23, 2023 – September 5, 2023 – Enrollment of Child in School Out of Country**
**September 22, 2023 – Business Leadership Training**
**October 18, 2023 – October 24, 2023 – Travel**
**November 1, 2023 – November 3, 2023 – Business Leadership Training**
**December 1, 2023 – Business Leadership Training**
**December 20, 2023 – January 5, 2024 – Business Development and Holiday**

The undersigned requests that this leave of absence be applicable to all proceedings which might otherwise be scheduled in this case including, but not limited to, hearings, trials, and depositions during the aforementioned period.

Counsel for all interested parties have been notified by receiving service of this motion in accordance with the notice of electronic filing.

This 6th day of July 2023.

                                                              */s/Tanya D. Jeffords*  
                                                              Tanya D. Jeffords  
                                                              Attorney for Plaintiff

Law Offices of Tanya D. Jeffords  
and Associates, PC  
437 Walker Street  
Augusta, GA 30901  
(706)722-3019

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | |
|---|---|
| KATHEY SHEPPARD, | |
| Plaintiff, | |
| v. | |
| RICHARD RUSSELL, in his official and individual capacity; | CIVIL ACTION NO.: 1:22-cv-00058 |
| John Does, in their individual and official capacities. | |
| Defendants. | |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the within and foregoing was served on the following persons:

Tameka Haynes, Esq. & Randolph Frails, Esq.
**Frails & Wilson LLC**
211 Pleasant Home Rd. Suite A-1
Augusta, Georgia 30907
thaynes@frailswilsonlaw.com
randyfrails@frailswilsonlaw.com

Respectfully submitted this 6th day of July 2023.

/s/*Tanya D. Jeffords*
Tanya D. Jeffords
Attorney for Plaintiff

Law Offices of Tanya D. Jeffords
and Associates, PC
437 Walker Street
Augusta, GA 30901
Telephone: (706)722-3019
Facsimile: (762)224-2946