```
        IN THE UNITED STATES DISTRICT COURT FOR THE
                SOUTHERN DISTRICT OF GEORGIA
                      AUGUSTA DIVISION
```

| | | |
|---|---|---|
| KATHEY SHEPPARD, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | CV 122-058 |
| v. | * | |
| | * | |
| RICHARD RUSSELL, in his | * | |
| official and individual | * | |
| capacity, | * | |
| | * | |
| Defendant. | * | |

**O R D E R**

Before the Court is the Parties' stipulation of dismissal with prejudice. (Doc. 29.) All Parties signed the stipulation[1]; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each Party shall bear its own costs and fees.

---

[1] Plaintiff also names "John Does" as Defendants. (Doc. 1, at 1.) But, as a general matter, fictitious-party pleading is not permitted in federal court. See New v. Sports & Recreation, Inc., 114 F.3d 1092, 1094 n. 1 (11th Cir. 1997).

**ORDER ENTERED** at Augusta, Georgia, this 16th day of November, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA